UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-274 (RBW) |
| | : | |
| ROBERT S. PARSLEY | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the government's Motion to Seal Proceedings in the above captioned case. For the reasons stated therein, it is this _____ day of November 2006,

ORDERED that the government's Motion to Seal is GRANTED; and

IT IS FURTHER ORDERED that all proceedings in this case, as well as the Government's Motion to Seal, this Court's Order Sealing the proceedings, and all documents which will be filed in the case BE SEALED until the defendant Marc Duchesne is arrested or until further order of the Court.

Date:_____            _____
                                     REGGIE B. WALTON
                                     UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C.  20530