AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

FILED
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———— DISTRICT OF ————

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-274 SEALED

I, Robert S. Parsley, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/30/06 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*