NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA     UNDER SEAL

vs.     Criminal Number  CR-06-274 (RBW)

Robert S. Parsley
_____(Defendant)_____

FILED
DEC - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____Scott L. Fredericksen_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Scott L. Fredericksen (DC Bar #000029922)
(Attorney & Bar ID Number)

Foley & Lardner, LLP
(Firm Name)

3000 K Street NW, Suite 500
(Street Address)

Washington, DC   20007-5143
(City)       (State)       (Zip)

(202) 295-4799
(Telephone Number)

RECEIVED
DEC - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT