NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

UNDER SEAL

vs.

Criminal Number  CR-06-274 (RBW)

Robert S. Parsley
(Defendant)

**FILED**

DEC - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA          [x] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Gregory S. Bruch (DC Bar No. 413527)
(Attorney & Bar ID Number)

Foley & Lardner LLP
(Firm Name)

3000 K Street NW, Suite 500
(Street Address)

Washington, DC  20007-5143
(City)          (State)          (Zip)

202-672-5460
(Telephone Number)

RECEIVED
DEC - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT