UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES          :
                       :
v.                     :    No. 06-274 (RBW)
                       :
ROBERT S. PARSLEY      :    UNDER SEAL
                       :
                       :

### ORDER

This matter comes before the Court upon the government's Motion to Seal Proceedings in the above captioned case. For the reasons stated therein, it is this 10th day of December, 2006,

ORDERED that the government's Motion to Seal is GRANTED; and

IT IS FURTHER ORDERED that all proceedings in this case, as well as the Government's Motion to Seal, this Court's Order Sealing the proceedings, and all documents which will be filed in the case BE SEALED until the defendant Marc Duchesne is arrested or until further order of the Court.

Date: December 10, 2006

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530