UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-274 (RBW) |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| ROBERT S. PARSLEY | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Jonathan R. Barr, Bar Number 437334, telephone number (202) 514-9620 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Jonathan R. Barr
ASSISTANT UNITED STATES ATTORNEY
Bar No. 437334
555 4th Street, N.W., Room 5241
Washington, DC 20530
(202) 514-9620

CERTIFICATE OF SERVICE

I hereby certify that on this 12TH day of March 2007, I have caused a copy of the Notice of Assignment and Appearance to be served by first class mail to counsel for defendant at the following address:

Scott Fredericksen, Esq. and Gregory S. Bruch, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5101

_____
Jonathan R. Barr
ASSISTANT UNITED STATES ATTORNEY