UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Criminal No. 06-274 (RBW) |
| | : | |
| ROBERT S. PARSLEY | : | **UNDER SEAL** |
| | : | |
| | : | |

**JOINT MOTION TO CONTINUE THE MARCH 23, 2007 STATUS HEARING FOR 160 DAYS.**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Robert S. Parsley, by and through his attorneys, move the Court to continue the March 23, 2007 status hearing in this matter for 160 days for the reasons set forth below.

Defendant Robert S. Parsley pled guilty pursuant to a plea agreement on November 30, 2006, to an information charging one count of Obstruction of Justice in violation of 18 U.S.C. § 1505. At the plea hearing, the Court set a status hearing in this matter for March 23, 2007, at 10:00 a.m. The plea agreement executed by the United States and defendant Parsley included an agreement by Mr. Parsley to cooperate with the United States. It is expected that Mr. Parsley will testify at the trial of Marc Duchesne, whose case is under seal and who has yet to be apprehended. Mr. Parsley is continuing to cooperate with the United States.

Accordingly, the United States and defendant Robert S. Parsley respectfully request that the March 23, 2007 status hearing be continued for 160 days.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>United States Attorney
>
>By: _____
>Jonathan R. Barr
>Assistant U.S. Attorney
>D.C. Bar No. 437334
>(202) 514-9620
>555 4th Street, N.W., 5th Floor
>Washington, D.C. 20530
>
>_____
>Counsel for Defendant Robert S. Parsley
>Scott L. Fredericksen, Esq.
>D.C. Bar Number: 385863
>Gregory S. Bruch, Esq.
>D.C. Bar Number: 413527
>Foley & Lardner LLP
>Washington Harbour
>3000 K Street, N.W., Suite 500
>Washington, D.C. 20007-5101
>(202) 295-4799

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of March 2007, I have caused a copy of the Joint Motion to Continue the March 23, 2007 Status Hearing for 160 Days to be served by first class mail to counsel for defendant at the following address:

Scott L. Fredericksen, Esq. and Gregory S. Bruch, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5101

>_____
>Jonathan R. Barr
>Assistant United States Attorney