UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-274 (RBW) |
| | : | |
| ROBERT S. PARSLEY | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion to Continue the status hearing scheduled for March 23, 2007, at 10:00 a.m. for 160 days. For the reasons stated therein, it is this _____ day of March 2007,

ORDERED that the Joint Motion to Continue the March 23, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the March 23, 2007 status hearing is hereby continued to _____  _____, 2007, at _____ (a.m./p.m.)

Date:_____             _____
                                     REGGIE B. WALTON
                                     UNITED STATES DISTRICT JUDGE

copy to:

| | |
|---|---|
| Jonathan R. Barr | Scott L. Fredericksen, Esq. |
| Assistant United States Attorney | Gregory S. Bruch, Esq. |
| U.S. Attorney's Office | Foley & Lardner, LLP |
| 555 4th Street, NW, Room 5241 | Washington Harbour |
| Washington, D.C. 20530 | 3000 K Street, NW, Suite 500 |
| | Washington, D.C. 20007-5101 |