UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES          :
                       :
v.                     :   No. 06-274 (RBW)
                       :
ROBERT S. PARSLEY      :   UNDER SEAL
                       :
                       :

## ORDER

This matter comes before the Court upon the Joint Motion to Continue the status hearing scheduled for March 23, 2007, at 10:00 a.m. for 160 days. For the reasons stated therein, it is this 19th day of March 2007,

ORDERED that the Joint Motion to Continue the March 23, 2007 Status Hearing is GRANTED; and

IT IS FURTHER ORDERED that the March 23, 2007 status hearing is hereby continued to September 7th, 2007, at 11:00 (a.m.)/p.m.

Date: March 19, 2007

Reggie B. Walton
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Scott L. Fredericksen, Esq.
Gregory S. Bruch, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, D.C. 20007-5101