UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Criminal No. 06-274 (RBW) |
| | : | |
| ROBERT S. PARSLEY | : | **UNDER SEAL** |
| | : | |
| | : | |

**JOINT MOTION TO CONTINUE THE SEPTEMBER 28, 2007 STATUS HEARING FOR 180 DAYS AND TO UNSEAL THE PROCEEDINGS IN THIS CRIMINAL ACTION**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Robert S. Parsley, by and through his attorneys, move the Court to continue the September 28, 2007 status hearing in this matter for 180 days and to unseal the proceedings in this criminal action for the reasons set forth below.

Defendant Robert S. Parsley pled guilty pursuant to a plea agreement on November 30, 2006, to an information charging one count of Obstruction of Justice in violation of 18 U.S.C. § 1505.  At the plea hearing, the Court set a status hearing in this matter for March 23, 2007, at 10:00 a.m., which was thereafter continued to September 28, 2007, at 10:30 a.m.  The plea agreement executed by the United States and defendant Parsley included an agreement by Mr. Parsley to cooperate with the United States.  It is expected that Mr. Parsley will testify at the trial of Marc Duchesne, whose case is under seal.[1]  The above captioned criminal action was placed under seal pending the arrest of Marc Duchesne.

---

[1] The United States intends by separate motion to request that the Duchesne case also be unsealed.

It is the Government's understanding that Mr. Duchesne has recently been arrested by authorities in Switzerland on Swiss charges. A Swiss government official has indicated that pursuant to a previous request by the United States, the Swiss intend also to execute a provisional arrest of Mr. Duchesne related to the charges against Mr. Duchesne in the United States. Mr. Duchesne has informed the Swiss Government that he will not agree to extradition to the United States. Accordingly, the United States is in the process of formalizing written extradition papers for Mr. Duchesne. It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne. Mr. Parsley is continuing to cooperate with the United States. Accordingly, the United States and defendant Robert S. Parsley respectfully request that the September 28, 2007 status hearing be continued for 180 days, and that this criminal action be unsealed.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:     \_\_\_\_\_/s/_____
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
(202) 514-9620
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

           _____/s/_____
           Counsel for Defendant Robert S. Parsley
           Scott L. Fredericksen, Esq.
           D.C. Bar Number: 385863
           Gregory S. Bruch, Esq.
           D.C. Bar Number: 413527
           Foley & Lardner LLP
           Washington Harbour
           3000 K Street, N.W., Suite 500
           Washington, D.C. 20007-5101

## CERTIFICATE OF SERVICE (202) 295-4799

I hereby certify that on this ____ day of September 2007, I have caused a copy of the Joint Motion to Continue the September 28, 2007 Status Hearing for 180 Days and to Unseal the proceedings in this Criminal Action to be served by first class mail to counsel for defendant at the following address:

 Scott L. Fredericksen, Esq. and Gregory S. Bruch, Esq.
 Foley & Lardner LLP
 Washington Harbour
 3000 K Street, N.W., Suite 500
 Washington, D.C. 20007-5101


          _____/s/_____
          Jonathan R. Barr
          Assistant United States Attorney