UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 06-274 (RBW) |
| | : | |
| ROBERT S. PARSLEY | : | **UNDER SEAL** |
| | : | |
| | : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion to Continue the September 28, 2007 status hearing for 180 days and to unseal the proceedings in this Criminal Action. For the reasons stated therein, it is this _____ day of September 2007,

ORDERED that the Joint Motion to Continue the September 28, 2007 Status Hearing for 180 days and to unseal proceedings in this Criminal Action is hereby GRANTED; and

IT IS FURTHER ORDERED that the September 28, 2007 status hearing is hereby continued to _____ _____, 2008, at _____ (a.m./p.m.)

IT IS FURTHER ORDERED that this criminal action be unsealed immediately.


Date:_____          _____
                                 REGGIE B. WALTON
                                 UNITED STATES DISTRICT JUDGE


copy to:

| | |
|---|---|
| Jonathan R. Barr | Scott L. Fredericksen, Esq. |
| Assistant United States Attorney | Gregory S. Bruch, Esq. |
| U.S. Attorney's Office | Foley & Lardner, LLP |
| 555 4th Street, NW, Room 5241 | Washington Harbour |
| Washington, D.C. 20530 | 3000 K Street, NW, Suite 500 |
| | Washington, D.C. 20007-5101 |