UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES            :
                         :
v.                       : CR No. 06-274 (RBW)
                         :
ROBERT S. PARSLEY        :
                         :

FILED
SEP 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter comes before the Court upon the Joint Motion to Continue the September 28, 2007 status hearing for 180 days and to unseal the proceedings in this Criminal Action. For the reasons stated therein, it is this 21st day of September 2007,

ORDERED that the Joint Motion to Continue the September 28, 2007 Status Hearing for 180 days and to unseal proceedings in this Criminal Action is hereby GRANTED; and

IT IS FURTHER ORDERED that the September 28, 2007 status hearing is hereby continued to April 11, 2008, at 9:30 (a.m./p.m.)

IT IS FURTHER ORDERED that this criminal action be unsealed immediately.

Date: September 21, 2007

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C. 20530

Scott L. Fredericksen, Esq.
Gregory S. Bruch, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, D.C. 20007-5101