UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-274 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **ROBERT S. PARSLEY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney, James A. Mitzelfeld, at telephone number: (202) 514-7131 and/or email address: James.Mitzelfeld@usdoj.gov. Assistant United States Attorney Mitzelfeld will substitute for Assistant United States Attorney Jonathan R. Barr as counsel for the United States.

Respectfully submitted,

JEFFREY A TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
JAMES A. MITZELFELD
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W.
Room 5824
Washington, D.C.   20530
(202) 514-7131
Fax: (202) 305-8537
James.Mitzelfeld@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22ND day of February, 2008, a copy of the Notice of Substitution of Counsel was served by electronic mail on counsel for the defendant:

> Gregory S. Bruch
> Scott Fredericksen
> FOLEY & LARDNER, LLP
> 3000 K Street, NW
> Suite 500
> Washington, DC 20007
> (202) 642-5460
> Sfredericksen@foley.com

                                            /s/
                               JAMES A. MITZELFELD
                               Assistant United States Attorney