UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-274 (RBW) |
| : | |
| ROBERT S. PARSLEY : | |
| : | |
| **Defendant.** | |

**JOINT MOTION TO CONTINUE APRIL 11, 2008 STATUS HEARING FOR 180 DAYS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, and defendant Robert S. Parsley, by and through his attorneys, move the Court to continue the April 11, 2008 status hearing in this matter for 180 days for the reasons set forth below.

Defendant Robert S. Parsley pled guilty pursuant to a plea agreement on November 30, 2006, to an information charging one count of Obstruction of Justice in violation of 18 U.S.C. § 1505. At the plea hearing, the Court set a status hearing in this matter for March 23, 2007, which was thereafter continued to September 28, 2007, and then continued again until 10 a.m. Friday April 11, 2008. The plea agreement executed by the United States and defendant Parsley included an agreement by Mr. Parsley to cooperate with the United States in its case against Marc Duchesne. (See United States v. Duchesne, District Court No. 06-cr-00259-RBW.) It is expected that Mr. Parsley will testify at the trial of Mr. Duchesne, who remains in custody in the United Kingdom pending criminal charges there on unrelated fraud charges, and his eventual extradition to the United States.

It is the Government's understanding that Mr. Duchesne was originally arrested by authorities in Switzerland on Swiss charges. After Mr. Duchesne informed the Swiss Government that he would not consent to extradition to the United States, he was then extradited to the United Kingdom at the latter country's request and appeared before a magistrate in London on December 12, 2007, regarding fraud charges in the U.K. unrelated to those he was indicted on in the United States. According to an FBI official in London, Mr. Duchesne is currently being held at Wandsworth Prison in London on fraud charges, and that he is due to appear before the Horseferry Road Magistrate's Court on a date "to be determined."

The United States is in the process of formalizing written extradition papers to have Mr. Duchesne returned to the United States to face charges on the Indictment, which was unsealed at the Government's request on September 26, 2007 after Mr. Duchesne's arrest in Europe. It is unclear how long it will take to litigate the United States' application for the extradition of Mr. Duchesne. His return to the United States may also be delayed if Mr. Duchesne must first face a trial in the United Kingdom, which is the customary practice for a British citizen charged in both countries.

Mr. Parsley is continuing to cooperate with the United States. Accordingly, the United States and defendant Robert S. Parsley respectfully request that the April 11, 2008 status hearing be continued for 180 days.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:    \_\_\_/s/_____
James A. Mitzelfeld
Assistant U.S. Attorney
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-7131
Email: james.mitzelfeld@usdoj.gov

\_\_\_/s/_____
Counsel for Defendant Robert S. Parsley
Scott L. Fredericksen, Esq.
D.C. Bar Number: 385863
Gregory S. Bruch, Esq.
D.C. Bar Number: 413527
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5101
(202) 295-4799
Email: Sfredericksen@Foley.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Joint Motion to Continue the April 11, 2008 Status Hearing for 180 Days was served via ECF on counsel for the defendant, Scott L. Fredericksen, Esq., on this 8th day of April.

\_\_\_/s/_____
James A. Mitzelfeld
Assistant United States Attorney