UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 06-274 (RBW) |
| : | |
| **ROBERT S. PARSLEY** : | |
| : | |
| **Defendant.** : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion to Continue the April 11, 2008 status hearing for 180 days. For the reasons stated therein, it is this _____ day of April 2008,

ORDERED that the Joint Motion to Continue the April 11, 2008 Status Hearing for 180 days is hereby GRANTED; and

IT IS FURTHER ORDERED that the April 11, 2008 status hearing is hereby continued to _____ _____, 2008, at _____ (a.m./p.m.)

Date:_____                           _____
                                                   REGGIE B. WALTON
                                                   UNITED STATES DISTRICT JUDGE

copy to:

James A. Mitzelfeld
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5824
Washington, D.C. 20530
Email: james.mitzelfeld@usdoj.gov

Scott L. Fredericksen, Esq.
Gregory S. Bruch, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, D.C. 20007-5101
Email: SFredericksen@Foley.com