UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-274 (RBW) |
| | : | |
| ROBERT S. PARSLEY | : | |
| | : | |
| Defendant. | : | |

### ORDER

This matter comes before the Court upon the Joint Motion to Continue the April 11, 2008 status hearing for 180 days. For the reasons stated therein, it is this 9th day of April 2008,

ORDERED that the Joint Motion to Continue the April 11, 2008 Status Hearing for 180 days is hereby GRANTED; and

IT IS FURTHER ORDERED that the April 11, 2008 status hearing is hereby continued to November 7, 2008, at 10:00 (a.m./p.m.)

Date: April 9, 2008

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copy to:

James A. Mitzelfeld
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5824
Washington, D.C. 20530
Email: james.mitzelfeld@usdoj.gov

Scott L. Fredericksen, Esq.
Gregory S. Bruch, Esq.
Foley & Lardner, LLP
Washington Harbour
3000 K Street, NW, Suite 500
Washington, D.C. 20007-5101
Email: SFredericksen@Foley.com